| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| DANIEL EUGENE KELLER, § § § Petitioner, § § versus § § WARDEN, FCC BEAUMONT LOW, § § Respondent. § | CIVIL ACTION NO. 1:19-CV-217 |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Daniel Eugene Keller, an inmate at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this petition be dismissed without prejudice as repetitious.[1]

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**O R D E R**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 10th day of March, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's claims pertaining to Incident Report # 2926383 brought in this petition are being addressed in another pending action. *See Keller v. Warden, FCC Beaumont Low*, Civil Action No. 1:19cv215, Dok. 8.